**Jacqueline JAMISON, Sole Distributee of the Estate of J. H. Jamison, Deceased; and Wells Fargo Bank, as Executor of the Estate of Inez Jamison, Deceased, Plaintiffs-Appellees,**

v.

**UNITED STATES of America, Defendant-Appellant.**

**John E. GORDON and Vivian F. Gordon, Plaintiffs-Appellees,**

v.

**UNITED STATES of America, Defendant-Appellant.**

**Nos. 24906, 24907.**

United States Court of Appeals, Ninth Circuit.

Aug. 19, 1971.

Paul M. Ginsburg (argued), Lee A. Jackson, Thomas L. Stapleton, Dept. of Justice, Johnnie M. Walters, Asst. Atty. Gen., Washington, D. C., James L. Browning, U. S. Atty., John M. Youngquist, Asst. U. S. Atty., San Francisco, Cal., for defendant-appellant.

Robert H. Weir (argued), San Jose, Cal., for plaintiffs-appellees.

Before CARTER and HUFSTEDLER, Circuit Judges, and FERGUSON,* District Judge.

* Honorable Warren J. Ferguson, United States District Judge, Central District of California, sitting by designation.

PER CURIAM:

The judgments are affirmed. The court adopts the opinion of the district court, Jamison v. United States (N.D. Cal.1968), 297 F.Supp. 221. If our decision means the broadening of loop holes in the tax laws, the remedy is by action by Congress and not by judicial fiat.